```
1    PATRICK L. FORTE, #80050
     ANNE Y. SHIAU, #273709
2    LAW OFFICES OF PATRICK L. FORTE
     One Kaiser Plaza, #480
3    Oakland, CA 94612
     Telephone: (510) 465-3328
4    Facsimile: (510) 763-8354

5    Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 12-45514 MEH |
| **KIMBERLY SUE PIERCE,** | Chapter 13 |
|           **Debtor.** | **NOTICE OF HEARING ON MOTION SETTING PROPERTY VALUE OF THE BANK OF NEW YORK MELLON** |
| | **JUDGE: M. ELAINE HAMMOND**<br>**DATE: November 1, 2012**<br>**TIME: 9:30 A.M.**<br>**ROOM: 215**<br>1300 CLAY STREET, 2nd FLOOR<br>OAKLAND, CA |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that at 9:30 A.M. on November 1, 2012, or as soon thereafter as the matter may be heard, in courtroom 215, in the United States Bankruptcy Court for the Northern District of California, located at 1300 Clay Street, Oakland, California, the court shall hear the Motion Setting Property value of the Bank of New York Mellon.

Dated: August 28, 2012

                                            /s/ Anne Y. Shiau
                                            ANNE Y. SHIAU
                                            Attorney for Debtor

Case: 12-45514   Doc# 27   Filed: 08/28/12   Entered: 08/28/12 14:43:33   Page 1 of 1